THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAVERIO NEGRO, Appellant.— Judgment unanimously reversed, fine and penalties remitted, license directed to be restored and a new trial ordered because of the failure of the trial court to comply with the provisions of section 335-a of the Code of Criminal Procedure. Upon the new trial further evidence may be adduced by the People to establish that the defendant was engaged in the business of carrying passengers for hire within the meaning of subdivision 1 of section 17 of the Vehicle and Traffic Law. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

PHILIP BARON and IRENE BARON, Appellants, Respondents, v. SMOLEROFF REALTY MANAGEMENT CORP., Respondent, Appellant.— Judgment affirmed, without costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse the judgment in favor of plaintiff Irene Baron, and grant a new trial as to said plaintiff, unless the defendant stipulates to increase the judgment in her favor to the sum of $1,500.

WILLIAM LAVARRE, Respondent, v. WILLIAM PRESTON RAMBO (Also Known as PRESTON RAMBO), Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $1,256.30, in which event the judgment as so modified is affirmed, without costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes to affirm. ·Settle order on notice.

In the Matter of the Application of LOUIS B. ROSENBLUM, Petitioner, for an Order against JOHN E. CONNELLY, Chairman, and Others, as Commissioners of the State Insurance Fund of the Department of Labor of the State of New York, and Another, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of FANNIE EISENBERG, Appellant, against RUSSELL FORBES, Commissioner of the Department of Purchase of the City of New York, Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STRATES VLACHOS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

G. L. DOUGLASS, INC., Respondent, v. G. R. KINNEY CO., INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Arbitration Proceedings for the Determination of the Claim of ROBERT S. BYFIELD, Appellant, against WILLIAM DE YOUNG KAY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.